PROB 22
(Rev. 2/88)

# TRANSFER OF JURISDICTION

DOCKET NUMBER *(Tran. Court)*
05-00468-002

DOCKET NUMBER *(Rec. Court)*

| NAME AND ADDRESS OF PROBATIONER/SUPERVISED RELEASEE: | DISTRICT | DIVISION | |
|---|---|---|---|
| Jose Serrano<br>1005 Silver Lake<br>Las Vegas, Nevada 89108 | New Jersey | | |
| | NAME OF SENTENCING JUDGE<br>Mary L. Cooper | | |
| | DATES OF PROBATION/ SUPERVISED RELEASE: | FROM<br>3/13/09 | TO<br>3/12/12 |

OFFENSE

Possession with Intent to Distribute Cocaine

## PART 1 - ORDER TRANSFERRING JURISDICTION

UNITED STATES DISTRICT COURT FOR THE New Jersey

IT IS HEREBY ORDERED that pursuant to 18 U.S.C. 3605 the jurisdiction of the probationer or supervised releasee named above be transferred with the records of the Court to the United States District Court for the Nevada upon that Court's order of acceptance of jurisdiction. This Court hereby expressly consents that the period of probation or supervised release may be changed by the District Court to which this transfer is made without further inquiry of this Court.*

May 28, 2009
*Date*

Mary L. Cooper
*United States District Judge*

*This sentence may be deleted in the discretion of the transferring Court.

## PART 2 - ORDER ACCEPTING JURISDICTION

UNITED STATES DISTRICT COURT FOR THE Nevada

IT IS HEREBY ORDERED that jurisdiction over the above-named probationer/supervised releasee be accepted and assumed by this Court from and after the entry of this order.

*Effective Date*

*United States District Judge*

I HEREBY CERTIFY that the above and foregoing is a true and correct copy of the original on file in my office.
UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY
WILLIAM T. WALSH, CLERK
By SDS
Deputy Clerk

RECEIVED
JUN - 1 2009
AT 8:30 M
WILLIAM T. WALSH
CLERK

PROB 22
(Rev. 2/88)

# TRANSFER OF JURISDICTION

| | | | |
|---|---|---|---|
| DOCKET NUMBER *(Tran. Court)* 05-00468-002 | | | |
| DOCKET NUMBER *(Rec. Court)* | | | |
| NAME AND ADDRESS OF PROBATIONER/SUPERVISED RELEASEE:<br>Jose Serrano<br>1005 Silver Lake<br>Las Vegas, Nevada 89108 | DISTRICT<br>New Jersey | DIVISION | |
| | NAME OF SENTENCING JUDGE<br>Mary L. Cooper | | |
| | DATES OF PROBATION/ SUPERVISED RELEASE: | FROM<br>3/13/09 | TO<br>3/12/12 |

OFFENSE

Possession with Intent to Distribute Cocaine

**PART 1 - ORDER TRANSFERRING JURISDICTION**

UNITED STATES DISTRICT COURT FOR THE New Jersey

IT IS HEREBY ORDERED that pursuant to 18 U.S.C. 3605 the jurisdiction of the probationer or supervised releasee named above be transferred with the records of the Court to the United States District Court for the Nevada upon that Court's order of acceptance of jurisdiction. This Court hereby expressly consents that the period of probation or supervised release may be changed by the District Court to which this transfer is made without further inquiry of this Court.*

May 26, 2009
*Date*

Mary L. Cooper
*United States District Judge*

*This sentence may be deleted in the discretion of the transferring Court.

**PART 2 - ORDER ACCEPTING JURISDICTION**

UNITED STATES DISTRICT COURT FOR THE Nevada

IT IS HEREBY ORDERED that jurisdiction over the above-named probationer/supervised releasee be accepted and assumed by this Court from and after the entry of this order.

*Effective Date*

*United States District Judge*